HERMAN NASH, Appellant, *v.* CITY OF NEW YORK, Respondent.

Submitted October 11, 1954; decided October 14, 1954.

*Herman Nash,* in person, for motion.

*Adrian P. Burke, Corporation Counsel (Seymour B. Quel* and *Fred Iscol* of counsel), opposed.

Motion dismissed upon the ground that the orders are not final determinations within the meaning of the Constitution.